# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Samuel Sfarcioc,<br>a.k.a.: Samuel Sfircioc,<br>a.k.a.: Samuel Stoica,<br>a.k.a.: David Sfarcioc<br>(A 027 772 724)<br>*Defendant* | Case No. 17-7473MJ |

DOA: 9/11/17

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 11, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Samuel Sfarcioc, an alien, was found in the United States of America at or near Peoria, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Detroit, Michigan, on or about June 11, 2004, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

REVIEWED BY: AUSA Jonathan R. Hornok for AUSA Ryan Powell

☒ Continued on the attached sheet.

*Complainant's signature*

Richard G. Prunty,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 12, 2017

*Judge's signature*

Bridget S. Bade,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Richard G. Prunty, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 11, 2017, while conducting surveillance, the Phoenix ICE Fugitive Operations Team (FOT) arrested Samuel Sfarcioc outside the residence of 27406 North Higuera Drive, in Peoria, Arizona. At the scene, ICE Officer M. Paredes interviewed Samuel Sfarcioc and determined him to be a citizen of Romania, illegally present in the United States. On the same date, Sfarcioc was transported to the Phoenix ICE office for further investigation and processing. Sfarcioc was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Samuel Sfarcioc to be a citizen of Romania and a previously deported criminal alien. Sfarcioc was removed from the United States to Romania through Detroit, Michigan, on or about June 11, 2004, pursuant to an order

Case 2:17-mj-07473-BSB Document 1 Filed 09/12/17 Page 3 of 4

of removal issued by an immigration judge. There is no record of Sfarcioc in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Sfarcioc's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Samuel Sfarcioc was convicted of Possession of Motor Vehicle with Intent to Pass False Title, a felony offense, on or about March 27, 1995, in the State of Michigan, Oakland County, 6th Judicial Circuit. Sfarciac was sentenced to one-hundred eighty three (183) days' incarceration and two (2) years' probation. Sfarcioc's criminal history was matched to him by electronic fingerprint comparison.

5. On September 11, 2017, Samuel Sfarcioc was advised of his constitutional rights. Sfarcioc freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about September 11, 2017, Samuel Sfarcioc, an alien, was found in the United States of America at or near Peoria, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Detroit, Michigan, on or about June 11, 2004, and not having obtained the express consent of

the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Richard G. Prunty,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 12th day of September, 2017.

_____
Bridget S. Bade,
United States Magistrate Judge

3